■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES S. KEEVER, JR., Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Rockland County, dated November 16, 1961 and entered November 21, 1961, which denied, without a hearing, his application to vacate a judgment of said court, rendered November 5, 1945 on his plea of guilty, convicting him of burglary in the third degree and imposing sentence. Order affirmed. No opinion. Beldock, P. J., Christ, Hill, Rabin and Hopkins, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN MESSINA, JR., Appellant.— Appeal by defendant: (1) from a judgment of the County Court, Kings County, rendered June 20, 1961 after a jury trial, convicting him of murder in the first degree while engaged in the commission of a felony, and imposing sentence of life imprisonment; and (2) from every intermediate order made in the action. Judgment affirmed. No opinion. No separate appeal lies from the intermediate orders, which have been reviewed on the appeal from the judgment of conviction. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH MILLICI, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered June 29, 1960, on his plea of guilty, convicting him of attempted possession of a dangerous weapon as a felony (Penal Law, § 1897, subd. 4), and sentencing him as a third felony offender to serve a term of three and one-half to seven years. The appeal is taken solely upon the ground of excessiveness of the sentence. Judgment modified on the facts by reducing the sentence to a term of one year and nine months to seven years. As so modified, judgment affirmed. In our opinion, under all the circumstances disclosed, the sentence was excessive. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. WILEY MURPHY, Appellant.— Appeal by defendant from a judgment of the County Court, Kings County, rendered September 26, 1961, after a nonjury trial, convicting him of assault in the second degree, and sentencing him as a second felony offender to serve a term of three to six years. Judgment affirmed. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE PENNISE, Appellant.— In a *coram nobis* proceeding, defendant appeals from an order of the County Court, Kings County, dated January 31, 1962, which denied, without a hearing, his application to vacate a judgment of said court, rendered February 1, 1952, after a jury trial, convicting him of manslaughter in the first degree, and imposing sentence. Order affirmed. No opinion. Beldock, P. J., Ughetta, Christ, Hill and Rabin, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SANTOS ROMAN, Appellant.— Appeal by defendant from a judgment of the County Court, Queens County, rendered April 26, 1960 after a jury trial, convicting him of grand larceny in the second degree, and sentencing him as a second felony offender to serve a term of 5 to 10 years. Judgment affirmed. No opinion. Beldock, P. J., Ughetta, Kleinfeld, Christ and Hill, JJ., concur.